JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
waqar.hasib@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6844
FAX: (415) 436-6982

*E-FILED - 8/6/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 06-00748-RMW-1 |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND [] |
| | ) ORDER TO CONTINUE SENTENCING |
| v. | ) TO AUGUST 18, 2008 |
| ANDREW THOMAS RUSSO | ) |
| Defendant. | ) |

The parties hereby jointly stipulate and request an order continuing the sentencing in the above-scheduled matter. As grounds, this matter was recently rescheduled for July 7, 2008, a date on which both parties have scheduling conflicts. Accordingly, the parties jointly request a continuance until August 18, 2008, which is the next available date on this Court's calendar for which neither party has a scheduling conflict.

DATED: June 27, 2008                          Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Agreed to by: _Joseph B. Chesire, V_          /s/ S. Waqar Hasib
              JOSEPH B. CHESIRE, V            S. WAQAR HASIB
              Counsel for Andrew RUSSO        Assistant United States Attorney

[STIPULATION AND ORDER TO CONTINUE SENTENCING TO AUGUST 18, 2008]

SO ORDERED.

DATED: __8/6/08_____     _____*Ronald M. Whyte*_____
                        HON. RONALD M. WHYTE
                        United States District Court Judge
                        Northern District of California

[STIPULATION AND ORDER TO CONTINUE SENTENCING TO AUGUST 18, 2008]